IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN NETTLES,

    Plaintiff,

vs.

    CIVIL ACTION NO.: CV206-128

RONNIE OGDEN, individually and
in his official capacity,

    Defendant.

## ORDER

After an independent review, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he told Defendant Ogden that he did not want to perform any job detail without the proper safety equipment being provided to him. Plaintiff also asserts that he informed Defendant Ogden that he was feeling tired and dizzy due to his blood pressure medication. Plaintiff contends that Defendant Ogden ordered him to work on the rooftop of the Unicor factory and threatened to write a disciplinary report against Plaintiff if he did not. Plaintiff alleges that he fell through the roof after the roof collapsed. Plaintiff avers that Defendant Ogden was deliberately indifferent to his life, health, and safety. Plaintiff's assertions do not rise to the level of a constitutional violation; at best, Plaintiff asserts acts of negligence against Defendant Ogden.

The Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint, filed pursuant to 28 U.S.C. § 1331 and <u>Bivens v. Six Unknown Named Agents</u>

AO 72A
(Rev. 8/82)

of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _11_ day of October, 2006.

_Anthony A. Alaimo_
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA