AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOHN NETTLES

## JUDGMENT IN A CIVIL CASE

**v.**

RONNIE OGDEN, individually and
in his official capacity

CASE NUMBER:   CV206-128

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order entered October 11, 2006, adopting the Report

and Recommendation of the Magistrate Judge;  judgment of dismissal is hereby entered and

this case stands dismissed.

| | |
|---|---|
| October 11, 2006 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03