IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN NETTLES

vs.

CV206-128
Appeal No. 06-16418-G

RONNIE OGDEN, in His individual
and Official Capacity, UNITED STATES OF AMERICA

## ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellant's appeal for lack of jurisdiction .

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 31st day of January 2007.

Anthony A. Alaimo
Judge, Untied States District Court
Southern District of Georgia